RISS & CO., INC., ET AL. v. DALTON, ATTORNEY GENERAL.

No. 386.   Decided November 7, 1960.

*John B. Gage, Laird P. Bowman* and *A. Alvis Layne* for appellants.

*John M. Dalton,* Attorney General of Missouri, *Fred L. Howard,* Assistant Attorney General, and *Raymond S. Roberts,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE WHITTAKER took no part in the consideration or decision of this case.

MASON v. ECKLE, PRISON FARM SUPERINTENDENT.

No. 357, Misc.   Decided November 7, 1960.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.